IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED OPTICAL TRACKING, LLC, : : : Plaintiff, : : v. : : KONINKLIJKE PHILIPS : ELECTRONICS N.V., ET AL., : : Defendants. : | Civil Action No. 12-1292-LPS-CJB |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 22) dated September 9, 2013;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' motion to dismiss (D.I. 13).

WHEREAS, any Objections to the Report and Recommendation were to be filed by September 26, 2013;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 22) is **ADOPTED** and Defendants' motion to dismiss (D.I. 13) is DENIED.

Dated: September 30, 2013

_____
UNITED STATES DISTRICT JUDGE